```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01876
    ARTHUR GRANT III
    KIMBERLY GRANT                            CHAPTER 13

                                              JUDGE:  SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-9933     SSN XXX-XX-0016

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/05/2007 and was confirmed 05/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG         .00           .00           .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE         .00           .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00           .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE      833.34           .00           .00
AMCORE BANK               SECURED VEHIC    42688.00       2206.68       2851.49
CITIFINANCIAL RETAIL SER  SECURED            800.00         17.41        722.90
CITIFINANCIAL RETAIL SER  UNSECURED       NOT FILED           .00           .00
CITY OF CHICAGO WATER DE  SECURED            130.00           .00           .00
WELLS FARGO HOME MORTGAG  SECURED NOT I         .00           .00           .00
CHASE AUTO FINANCE        SECURED VEHIC         .00           .00           .00
CHARTER ONE               SECURED NOT I         .00           .00           .00
CHARTER ONE               UNSECURED       NOT FILED           .00           .00
DCFS                      PRIORITY        NOT FILED           .00           .00
AMBULANCE TRANSPORTATION  UNSECURED       NOT FILED           .00           .00
CAPITAL ONE               UNSECURED          266.35           .00           .00
CITIBANK                  UNSECURED       NOT FILED           .00           .00
CITIBANK                  UNSECURED       NOT FILED           .00           .00
ERICA CARTER              UNSECURED       NOT FILED           .00           .00
1ST NATIONAL BANK OF OMA  UNSECURED         3626.55           .00           .00
GMAC                      UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         4651.34           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          378.66           .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED           .00           .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED       NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          550.34           .00           .00
RWSSC                     UNSECURED       NOT FILED           .00           .00
ISAC                      UNSECURED        14780.69           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          642.32           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          587.89           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          263.37           .00           .00
US DEPT OF EDUCATION      UNSECURED         2258.73           .00           .00

                   PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01876 ARTHUR GRANT III & KIMBERLY GRANT
```

```
VILLAGE OF RIVERDALE      UNSECURED       NOT FILED            .00          .00
AMCORE BANK               UNSECURED             .97            .00          .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED            .00          .00
AMERICAS SERVICING CO     NOTICE ONLY     NOT FILED            .00          .00
AMERICAS SERVICING CO     NOTICE ONLY     NOT FILED            .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         1954.06            .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED         1215.26            .00          .00
ISAC                      UNSECURED         9527.88            .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,354.00                         .00
TOM VAUGHN                TRUSTEE                                        405.06
DEBTOR REFUND             REFUND                                            .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,203.54

PRIORITY                                             .00
SECURED                                         3,574.39
    INTEREST                                    2,224.09
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              405.06
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                   6,203.54               6,203.54
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 04/23/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 01876 ARTHUR GRANT III & KIMBERLY GRANT